1  Robert S. Remar (SBN 100124)
2  Jacob F. Rukeyser (SBN 233781)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, CA 94109
4  Tel.:   415-771-6400
   Fax:   415-771-7010
5  rremar@leonardcarder.com
6  jrukeyser@leonardcarder.com

7  *Attorneys for Plaintiff*, INTERNATIONAL
   LONGSHORE & WAREHOUSE UNION
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | INTERNATIONAL LONGSHORE AND    ) Case No. C-10-3128-CRB
14 | WAREHOUSE UNION                )
                                    ) **JOINT STIPULATION OF**
15 |         Plaintiff,              ) **DISMISSAL WITHOUT**
                                    ) **PREJUDICE; [PROPOSED]**
16 | v.                              ) **ORDER**
                                    )
17 | PACIFIC MARITIME ASSOCIATION,  )
                                    )
18 |         Defendant.              )
                                    )
19 |_____)

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime Association ("PMA"), through their undersigned designated counsel, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED AND AGREED:**

Dated: October 15, 2010            LEONARD CARDER, LLP

By:   s/ Jacob F. Rukeyser
      Jacob F. Rukeyser
      Attorneys for Plaintiff,
      INTERNATIONAL LONGSHORE &
      WAREHOUSE UNION

Dated: October 15, 2010            MORGAN, LEWIS & BOCKIUS, LLP

By:   s/ Jason M. Steele
      Jason M. Steele
      Attorneys for Defendant,
      PACIFIC MARITIME ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
DISTRICT COURT JUDGE

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400   FAX: (415) 771-7010