1  Robert S. Remar (SBN 100124)
2  Jacob F. Rukeyser (SBN 233781)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, CA 94109
4  Tel.:   415-771-6400
   Fax:   415-771-7010
5  rremar@leonardcarder.com
6  jrukeyser@leonardcarder.com

7  *Attorneys for Plaintiff*, INTERNATIONAL
   LONGSHORE & WAREHOUSE UNION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | ) ) ) | Case No. C-10-3128-CRB |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. | ) ) | |
| PACIFIC MARITIME ASSOCIATION, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime Association ("PMA"), through their undersigned designated counsel, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED AND AGREED:**

Dated: October 15, 2010        LEONARD CARDER, LLP

By:   s/ Jacob F. Rukeyser
      Jacob F. Rukeyser
      Attorneys for Plaintiff,
      INTERNATIONAL LONGSHORE &
      WAREHOUSE UNION

Dated: October 15, 2010        MORGAN, LEWIS & BOCKIUS, LLP

By:   s/ Jason M. Steele
      Jason M. Steele
      Attorneys for Defendant,
      PACIFIC MARITIME ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 18, 2010__



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE